UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60639
Summary Calendar
_____

ALVIN MOORE; MARY KING; ROBERT BROWN;
JIMMIE DAILEY; SAMUEL WEBSTER,

Plaintiffs-Appellants,

versus

INGALLS SHIPBUILDING, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(1:97-CV-615-BrR)
_____

February 17, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Appellants Alvin Moore, Mary King, Robert Brown, Jimmie Dailey, and Samuel Webster appeal from an adverse summary judgment dismissing a myriad of federal claims charging discrimination with respect to race, sex, age, and/or disability on the part of their employer and appellee Ingalls Shipbuilding, Inc. After reviewing the briefs on appeal and the record before the district court, our *de novo* review convinces us that the district court correctly granted summary judgment as to all

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

federal claims.** Accordingly, and essentially for the reasons stated by Judge Bramlette in his memorandum opinion and order dated August 19, 1999, the judgment of the district court is AFFIRMED.

---

** Appellants also asserted state law claims before the district court; however, the district court dismissed the state law claims without prejudice and such claims are not a subject of this appeal.